RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/28/14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY WILLIS** | DOCKET NO. 14-0883; SEC. P |
| **VERSUS** | JUDGE DEE D. DRELL |
| **TIM KEITH, ET AL.** | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claim seeking dismissal of criminal charges be dismissed, and that the State of Louisiana and the Natchitoches Parish Sheriff's Department be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A. The medical care and excessive force claims shall be served on the remaining defendants in accordance with a separate memorandum order of the Court.

Additionally, the Court notes the copy of the report and recommendation mailed September 10, 2014 to Mr. Willis's last known address was returned to the Clerk of Court on September 18, 2014, marked "return to sender." Thirty days have passed since September 18, 2014, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 27th day of October, 2014.

**CHIEF JUDGE DEE D. DRELL**
**UNITED STATES DISTRICT COURT**