U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB - 3 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MICHAEL ANTHONY WILLIS          DOCKET NO. 14-CV-883; SEC. P

VERSUS                           JUDGE STAGG

TIM KEITH, ET AL.                MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the remaining claims in the captioned matter be and are hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41.3 of the Local Rules of the Western District of Louisiana.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 3rd day of February, 2015.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE